F I L E D
Clerk
District Court

MAY 23 2007

UNITED STATES DISTRICT COURT For The Northern Mariana Islands
By_____
NORTHERN MARIANA ISLANDS        (Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YANG, JIAN ZHONG,<br>　　a/k/a, "MR. KIM," and<br>SHI, GUI LIN,<br><br>　　　　　Defendants. | Criminal Case No. 07　00017<br><br>I N D I C T M E N T<br><br>Title 21 U.S.C., §§ 846– Drug Conspiracy (Ct. 1); and<br><br>Title 21 U.S.C., §§ 841(a)(1) & 841(b)(1)(C)- Distribution And Possession With Intent To Distribute A Controlled Substance (Cts. 2-7). |

THE GRAND JURY CHARGES:

### COUNT ONE

### Conspiracy To Possess With Intent To Distribute And To Distribute A Controlled Substance

1.　From on or about January 25, 2005, to in or about August 2005, in the District of the Northern Mariana Islands and elsewhere, YANG, JIAN ZHONG, a/k/a, "MR. KIM," and SHI, GUI LIN, the defendants, and others known and unknown, unlawfully, wilfully and knowingly, combined, conspired, confederated and agreed, together and with each other, to distribute and possess with intent to distribute a controlled substance, namely, five grams and more of methamphetamine, in the form commonly known as "ice."

　　　　(Title 21, United States Code, Sections 846, 841(a)(1) & 841(b)(1)(B)).

1  THE GRAND JURY FURTHER CHARGES:

2                              COUNT TWO

3        Distribution And Possession With Intent To Distribute A Controlled Substance

4        2.      On or about January 25, 2005, in the District of the Northern Mariana

5  Islands, YANG, JIAN ZHONG, a/k/a, "MR. KIM," and SHI, GUI LIN, the defendants,

6  unlawfully, wilfully and knowingly, distributed and possessed with intent to distribute a

7  controlled substance, namely, approximately .58 grams of methamphetamine, in a form

8  commonly known as "ice."

9        (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

10 THE GRAND JURY FURTHER CHARGES:

11                             COUNT THREE

12       Distribution And Possession With Intent To Distribute A Controlled Substance

13       3.      On or about January 31, 2005, in the District of the Northern Mariana

14 Islands, YANG, JIAN ZHONG, a/k/a, "MR. KIM," the defendant, unlawfully, wilfully and

15 knowingly, distributed and possessed with intent to distribute a controlled substance, namely,

16 approximately .74 grams of methamphetamine, in a form commonly known as "ice."

17       (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

18 THE GRAND JURY FURTHER CHARGES:

19                             COUNT FOUR

20       Distribution And Possession With Intent To Distribute A Controlled Substance

21       4.      On or about February 16, 2005, in the District of the Northern Mariana

22 Islands, YANG, JIAN ZHONG, a/k/a, "MR. KIM," the defendant, unlawfully, wilfully and

23 knowingly, distributed and possessed with intent to distribute a controlled substance, namely,

24 approximately .53 grams of methamphetamine, in a form commonly known as "ice."

25       (Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

26 / / /

27 / / /

28

1　THE GRAND JURY FURTHER CHARGES:

2　<u>COUNT FIVE</u>

3　<u>Distribution And Possession With Intent To Distribute A Controlled Substance</u>

4　　　　5.　On or about May 13, 2005, in the District of the Northern Mariana Islands,
5　YANG, JIAN ZHONG, a/k/a, "MR. KIM," and SHI, GUI LIN, the defendants, unlawfully,
6　wilfully and knowingly, distributed and possessed with intent to distribute a controlled
7　substance, namely, approximately 2.4 grams of methamphetamine, in a form commonly known
8　as "ice."

9　　　　(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

10　THE GRAND JURY FURTHER CHARGES:

11　<u>COUNT SIX</u>

12　<u>Distribution And Possession With Intent To Distribute A Controlled Substance</u>

13　　　　6.　On or about July 18, 2005, in the District of the Northern Mariana Islands,
14　YANG, JIAN ZHONG, a/k/a, "MR. KIM," the defendant, unlawfully, wilfully and knowingly,
15　distributed and possessed with intent to distribute a controlled substance, namely, approximately
16　3.8 grams of methamphetamine, in a form commonly known as "ice."

17　　　　(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

18

19　/ / /

20　/ / /

21

22

23

24

25

26

27

28

THE GRAND JURY FURTHER CHARGES:

## COUNT SEVEN

### Distribution And Possession With Intent To Distribute A Controlled Substance

7.  On or about August 11, 2005, in the District of the Northern Mariana Islands, YANG, JIAN ZHONG, a/k/a, "MR. KIM," the defendant, unlawfully, wilfully and knowingly, distributed and possessed with intent to distribute a controlled substance, namely, approximately 4.7 grams of methamphetamine, in a form commonly known as "ice."

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

Dated this 23rd day of May, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
TIMOTHY E. MORAN
Assistant United States Attorney