LEONARDO M. RAPADAS
United States Attorney
TIMOTHY E. MORAN
Assistant United States Attorney
DISTRICT OF THE NORTHERN
  MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:   (670) 236-2982
Fax:         (670) 236-2985

Attorneys for United States of America

**F I L E D**
Clerk
District Court

MAY 2 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07 - 0 0 0 1 7 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| YANG, JIAN ZHONG, | ) | |
| a/k/a, "Mr. Kim," and | ) | |
| SHI, GUI LIN, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the application of the United States of America, it is hereby ORDERED that the Clerk shall maintain this file under seal until further order of the Court.

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE