AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

FILED
Clerk
District Court

MAY 30 2007

for the Northern Mariana Islands
By_____
(Deputy Clerk)

ORIGINAL

UNITED STATES OF AMERICA,

    Plaintiff,

V.

YANG, JIAN ZHONG,
    a/k/a, "Mr. Kim," and
SHI, GUI LIN,

    Defendant.

## WARRANT FOR ARREST

CASE NUMBER: **CR 07-00017**

SEALED

DATE: MAY 23 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **SHI, GUI LIN**
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

    **Drug Conspiracy (Count 1); and**
    **Distribution And Possession With Intent To Distribute A Controlled Substance (Counts 2 - 7)**

in violation of Title **21** United States Code, Section(s) **846, 841(a)(1)**

and in violation of Title **21** United States Code, Section(s) **841(b)(1)(C)**

| | |
|---|---|
| **HONORABLE ALEX R. MUNSON** | **CHIEF JUDGE, DISTRICT COURT OF THE NMI** |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Alex R Munson | **5-23-07**  SAIPAN, CNMI |
| Signature of Issuing officer | Date and Location |

Bail fixed at $ **NO BAIL** by /s/ Alex R Munson
                                                                 Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at **Saipan, CNMI San Vicente Residence**

| DATE RECEIVED **05-23-07** | NAME AND TITLE OF ARRESTING OFFICER **W. M. Calvert CID USM #3086** | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST **05-30-07** | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____