# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CR-07-00017-002                                                            May 30, 2007
                                                                           11:00 a.m.

**UNITED STATES OF AMERICA  -V- SHI, GUI LIN**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            SHI, GUI LIN, DEFENDANT
            TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:   INITIAL APPEARANCE

   Defendant appeared without counsel.  Government was represented by Timothy Moran and Eric O'Malley, AUSAs.

   Dennis Tse was sworn as interpreter/translator of the Mandarin language.

   Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

   Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted to retain his own counsel.

   Court set the arraignment hearing for 10:00 a.m. tomorrow morning.

   Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

   Government moved to unseal this case.  Court so ordered.

                                                      Adjourned at 11:10 a.m.


                                                      /s/K. Lynn Lemieux, Courtroom Deputy