# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************************

CR-07-00017-002                                                      May 31, 2007
                                                                     10:35 a.m.

### UNITED STATES OF AMERICA -vs- SHI, GUI LIN

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
            SHI, GUI LIN, DEFENDANT

PROCEEDINGS:   Continued Initial Appearance.

Defendant **SHI, GUI LIN** appeared without counsel. Government was represented by Timothy Moran, AUSA.

Perry Lo was present, and sworn, as interpreter/translator of the Mandarin language.

Defendant stated that he needed the Court to appoint counsel for him. Court ordered the Clerk to appoint the next CJA attorney on the list. Further, the Court ordered that this hearing be continued to 10:00 a.m. tomorrow morning, June 1, 2007.

Government moved that the defendant be held without bail.

Court ordered the defendant remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. 10:40 a.m.

/s/K. Lynn Lemieux, Courtroom Deputy