MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
*****************************************************************************

CR-07-00017-002                                                June 1, 2007
                                                               10:10 a.m.

**UNITED STATES OF AMERICA -vs- SHI, GUI LIN**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT
           SHI, GUI LIN, DEFENDANT

PROCEEDINGS:  ARRAIGNMENT

Defendant **SHI, GUI LIN** appeared with court-appointed counsel, Attorney Joey San Nicolas. Government was represented by Eric O' Malley, AUSA.

Aby Leung was present, and sworn, as interpreter/translator of the Mandarin language.

Defense stated that they were ready to proceed with the Arraignment.

Government moved to **unseal the case**. Court so ordered.

Defendant was sworn and advised of his constitutional rights.

Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him. Court set jury trial for **JULY 2, 2007 at 9:00 a.m.** Pretrial motions shall be filed by **June 15, 2007.**

Government moved that the defendant be held without bail pending trial. Defense argued on behalf of the defendant and moved that he be released to a third-party custodian. Court granted the Government's motion, without prejudice, and ordered that the defendant be remanded into the custody of the U.S. Marshal until further order of the Court.

Defense moved the Court to set a bail hearing in this matter. Court set the bail hearing for **9:00 a.m. on Monday** morning.

                                                Adj. 10:25 a.m.

                                                /s/K. Lynn Lemieux, Courtroom Deputy