# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

JUN - 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL CASE NO. 07-00017-002 |
| | ) | |
| -v- | ) | |
| | ) | |
| SHI, GUI LI, | ) | O R D E R |
| | ) | SETTING TRIAL DATE |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY ORDERED** that the jury trial herein shall commence on **MONDAY**, **JULY 2, 2007 at 9:00 a.m.**

IT IS FURTHER ORDERED that pretrial motions shall be filed no later than **FRIDAY, JUNE 15, 2007, pursuant to Local Rule LCrR 12.1.**

IT IS FURTHER ORDERED that the following shall be filed with this Court no later than seven (7) days prior to trial:

    1)    Proposed jury voir dire questions;

    2)    A joint exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered)(One original and three copies for the Court);

    3)    A complete set of marked exhibits (with a three copies for the Court);

    4)    Proposed verdict forms;

    5)    Witness lists for purposes of voir dire only. (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment), (One original and three copies for the Court);

6)    Proposed jury instructions. (Those jury instructions upon which agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefore of each party.)


Dated this 1st day of June, 2007


_____
ALEX R. MUNSON
Chief Judge

2