F I L E D
Clerk
District Court

JUN - 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GUI LIN SHI,<br><br>　　　　　Defendant. | Case No. CR-07-00017<br><br>**ORDER CONTINUING BAIL HEARING** |

　　The bailing hearing currently set for June 4, 2007, at 9:00 a.m. is hereby continued to June 5, 2007, at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED** this _____1st_____ day of June, 2007.

_____
ALEX R. MUNSON
U.S. District Court Chief Judge