# UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS
PROBATION OFFICE

FRANK MICHAEL CRUZ
CHIEF PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 473-9201
FAX: (671) 473-9202

**N.M.I. OFFICE**
HORIGUCHI BUILDING RM. 4D
P.O. BOX 502089 CK
SAIPAN, MP 96950
TEL: (670) 233-2990
FAX: (670) 233-2992

June 4, 2007

F I L E D
Clerk
District Court

JUN - 5 2007

The Honorable Alex R. Munson
Chief Judge
U.S. District Court of the Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Re:   SHI, GUI LIN
      U.S.D.C. Cr. Cs. No.: 07-00017-002

**Report of Third Party Custodian**

Dear Judge Munson:

On May 30, 2007, the defendant, Gui Lin Shi, was arrested by agents of the Drug Enforcement Administration. He is charged by an Indictment, alleging Conspiracy to Possess with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B), and Possession with Intent to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). The defendant appeared for Initial Appearance hearing and advised the court that he wanted to hire his own attorney. The court continued the hearing to May 31, 2007. On that day, the defendant informed the court that he was unable to hire an attorney and requested for a court-appointed attorney. The Court continued an Arraignment hearing to June 1, 2007. At that time, the defendant appeared with Defense Attorney Joseph San Nicolas and pled not guilty to the charges. The court accepted his plea and scheduled jury trial for July 2, 2007. The defense moved for release on supervision with conditions, to include third party custodian. Counsel suggested that the defendant's sister, Shi, Gui Lin, is a suitable third party custodian.

On June 1, 2007, Ms. Gui Lin Shi was interviewed by this officer. In the interview, she provided conflicting information about her employment situation. She stated that she is on Saipan as a contract worker and farms for her livelihood. She said that she rents a piece of farm land in San Antonio/Afetnas village. Queried further, she stated that her employer/sponsor is Juanita Crisostomo-Torres, a resident of Saipan. She stated further that she pays $3,000 annually for her rental property. Ms. Shi also advised that she resides in a single story semi-concrete house in Koberville with her husband, Li, Bo Hu and her sister, Lin, Yan Yan and her sister's husband, Zheng, Gui Feng. Ms. Shi consented to a background check in order to inform the court of her suitability as third party custodian for her brother.

Third Party Custodian Report
Shi, Gui Lin
Cr.Cs.No. 07-00017-002
June 4, 2007

    The probation officer was not able to verify records on the defendant, his sister, and the occupants of his sister's house. However, Ms. Shi's employer, Juanita Crisostomo-Torres, was contacted and Ms. Shi's employment was verified. Mrs. Crisostomo-Torres stated that Ms. Shi has been working for her as a farmer and farms her family's agricultural land in Obyan, Saipan. She is unaware of any other farm land in San Antonio/Afetnas area that Ms. Shi claims to work at. Mrs. Crisostomo-Torres does not charge Ms. Shi anything to farm her land. She also stated that Ms. Shi has one child on Saipan who lives with her at the farm. This officer learned that Ms. Shi had returned to China in September 2006 and came back to Saipan to work in January 2007. According to Mrs. Crisostomo-Torres, Ms. Shi's employment contract is on a renewal status, which means that her documents for renewal are with the Department of Labor and a work permit will be issued at a later date. Although she has not been issued a work permit card, Ms. Shi is legally employed under LIIDS Entry Permit No. 143662. Mrs. Crisostomo-Torres expressed surprise that her employee is seeking appointment as third-party custodian in the defendant's case. She advised this officer that as Ms. Shi's employer, she will not allow the situation and will immediately terminate the non-resident employee contract of Ms. Shi if she is appointed as the defendant's third party custodian.

    Based on the foregoing information, this officer submits that Ms. Shi, Xiu Mei is not an appropriate third-party custodian for the defendant.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *[signature]*
MARGARITA DLG. WONENBERG
U. S. Probation Officer

Reviewed by:

*[signature]*
CHRISTOPHER D. DUENAS
U.S. Probation Officer Specialist

cc:    Eric O'Mally, AUSA
        Joseph San Nicolas, Defense Attorney