# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*******************************************************************************

CR-07-00017-002                                              June 5, 2007
                                                             9:10 a.m.

### UNITED STATES OF AMERICA -vs- SHI, GUI LIN

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, DEPUTY CLERK
            SANAE SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT
            SHI, GUI LIN, DEFENDANT

PROCEEDINGS:   BAIL HEARING

Defendant **SHI, GUI LIN** appeared with court-appointed counsel, Attorney Joey San Nicolas. Government was represented by Eric O'Malley, AUSA. Also present were U.S. Probation Officers Margarita Wonenberg and Melinda Brunson.

Aby Leung was present and sworn as interpreter/translator of the Mandarin language.

Attorney San Nicolas reported that in light of the report received this morning from the U.S. Probation Office, he would withdraw his motion for release to a third-party custodian, and moved for release with conditions. Court **GRANTED** the motion to withdraw motion for release to a third-party custodian and **DENIED** the motion for release on conditions at this time.

Court ordered the defendant remanded into the custody of the U.S. Marshal.

Adj. 9:15 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy