```
                                    F I L E D
                                       Clerk
                                   District Court

                                    JUN 14 2007

                              For The Northern Mariana Islands
                              By_____
                                      (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00017- |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER EXTENDING TIME |
| | ) | TO FILE PRETRIAL MOTIONS |
| YANG, Jian Zhong, *et al.*, | ) | AS TO DEFENDANT SHI |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

FOR THE REASONS stated in the stipulation of the parties, and good cause appearing therefrom,

IT IS ORDERED that defendant SHI shall have until 3:30 p.m., June 22, 2007, to file pre-trial motions. All other dates remain unchanged at this time.

DATED this 14th day of June, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)