FILED
Clerk
District Court

JUN 2 5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No. 07-00017 |
| Plaintiff, | |
| vs. | Order Scheduling Pretrial Conference |
| JIAN ZHONG YANG and GUI LIN SHI, | |
| Defendants. | |

Eric O'Malley
Assistant USAG
P.O. Box 500377
Saipan, MP 96950

Timothy H. Bellas
Attorney at Law
P.O. Box 502845
Saipan, MP 96950

Joey P. San Nicholas
Attorney at Law
P.O. Box 571
Tinian, MP 96952

IT IS HEREBY ORDERED that a Pretrial Conference in this case is scheduled for Wednesday, June 27, 2007, at 10:30 a.m.

Dated this 25th day of June, 2007.

*Alex R. Munson*

Judge Alex R. Munson