1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorneys
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

8

9
                    UNITED STATES DISTRICT COURT
10
                     NORTHERN MARIANA ISLANDS
11

12
   UNITED STATES OF AMERICA,        )   Criminal Case No. 07-00017
13                                  )
              Plaintiff,            )
14                                  )
        v.                          )
15                                  )   MOTION TO EXTEND TIME FOR FILING
   SHI, GUI LIN,                    )
16                                  )   PRE-TRIAL DOCUMENTS
              Defendant.            )
17                                  )
                                    )
18                                  )
                                    )
19  _____)

20
        The above captioned matter is currently set for jury trial, July 2, 2007 at 9:00 a.m.
21
   Pursuant to the court's pre-trial order the deadline for certain pre-trial materials is June 25, 2007.
22
   For reasons set forth in the attached Declaration of Assistant United States Attorney, Eric S.
23

24
   \\
25
   \\
26
   \\
27
   \\
28

1  O'Malley, the Government requests that the deadline be moved to Friday, June 29, 2007.

2

3                                              LEONARDO M. RAPADAS
                                               United States Attorney
4                                              District of the Northern Mariana Islands

5  DATED: 6/25/07            By: *(signature)*
6                                              Eric S. O'Malley
                                               Assistant U.S. Attorney
7