LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorneys
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone:  (670) 236-2982
Fax:        (670) 236-2985

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07-00017 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | DECLARATION IN SUPPORT OF |
| SHI, GUI LIN, | ) | MOTION TO EXTEND TIME FOR FILING |
| | ) | PRE-TRIAL DOCUMENTS |
| Defendant. | ) | |

I, Eric S. O'Malley, hereby declare the following:

1) I am the Assistant United States Attorney assigned to handle the above-captioned case.

2) I have discussed the matter with defense counsel, Joseph San Nicolas, he informs me that the defendant in this case has declared his intent to waive speedy trial and enter a change of plea on Wednesday, June 27, 2007.

3) Furthermore counsel for the defense has agreed to join the Government's request that the deadline for submission of pre-trial material be moved to Friday, June 29, 2007.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 6/25/07

By: _____
Eric S. O'Malley
Assistant U.S. Attorney