FILED
Clerk
District Court

JUN 26 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHI, GUI LIN,<br><br>Defendant. | Criminal Action No. 07-00017<br><br><br><br>Order |

Eric O'Malley          Timothy H. Bellas
Assistant USAG      Attorney at Law
P.O. Box 500377    P.O. Box 502845
Saipan, MP 96950  Saipan, MP 96950

The joint request to extend the deadline for filing certain pre-trial materials from June 25, 2007, to Friday, June 29, 2007, is GRANTED.

IT IS SO ORDERED.

Dated this 26th day of June, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)