MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS
*********************************************************************

CR-07-00017-002                                              June 27, 2007
                                                             9:45 a.m.

**UNITED STATES OF AMERICA  -vs- GIU LIN SHI**

PRESENT:    HON. ALEX R. MUNSON, JUDGE PRESIDING
            MICHELLE MACARANAS, DEPUTY CLERK
            SANAE N. SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            JOEY SAN NICOLAS, ATTORNEY FOR DEFENDANT
            GUI LIN SHI, DEFENDANT

PROCEEDINGS:   **CHANGE OF PLEA**

Defendant appeared with court appointed counsel, Attorney Joey San Nicolas. Government was represented by Eric O'Malley, AUSA.

Aby Leung was sworn as interpreter / translator for the defendant.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings in the courtroom today. Defendant stated that there are some mistakes with the plea agreement. Attorney San Nicolas asked for some time to speak with his client.

*Court recessed at 10:00 a.m. and resumed at 10:20 a.m.*

Court reviewed each of the charges, in the indictment, with the Defendant. Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY as to Count I.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea agreement and plea of guilty.

Court ordered a Presentence Investigation Report be submitted on or before September 4, 2007 and that the **Sentencing hearing be set for Tuesday, October 9, 2007 at 9:00 a.m.**

Court ordered that the defendant be remanded back into the custody of the United States Marshal until further order of the Court.

                                              Adjourned at 11:15 a.m.

                                              /s/Michelle Macaranas, Deputy Clerk